**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**FNF CONSTRUCTION, INC.,**
An Arizona Corporation,

v.  No. 12-cv-0606 SMV/LAM

**ALTO LAKES WATER & SANITATION DISTRICT,** a New Mexico Corporation; and
**MILLER ENGINEERS, INC.,** d/b/a SOUDER, MILLER & ASSOCIATES, a New Mexico Corporation,

   Defendants.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER COUNTERCLAIM

THIS MATTER is before the Court on Plaintiff's Stipulated Motion for Extension to File Responsive Pleading to Miller Engineers, Inc.'s Counterclaim [Doc. 20] ("Motion"), filed on August 17, 2012. Plaintiff requests extending until August 22, 2012, the time to answer Miller Engineers, Inc.'s counterclaim. Motion [Doc. 20] at 2. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion for Extension to File Responsive Pleading to Miller Engineers, Inc.'s Counterclaim [Doc.20] is **GRANTED**. Plaintiff shall file its answer to Miller Engineers, Inc.'s counterclaim on or before **Wednesday, August 22, 2012**.

   **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**